UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 15-12508-SBB |
| PAUL D. STICKLER ) | |
| SSN:XXX-XX-0707 ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |
| SWIFT FINANCIAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No. 15-1193-SBB |
| vs. ) | |
| ) | |
| PAUL D. STICKLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S LIST OF WITNESSES AND EXHIBITS

Swift Financial Corporation ("Swift"), by and through its undersigned counsel, hereby designates the following witnesses and exhibits for the trial to be set and held in Courtroom E before the Honorable Joseph G. Rosania.

### WITNESSES

**Swift will** call the following witnesses:

1. Bonnie Carey of Swift will testify about all issues in this adversary proceeding.
2. Paul Stickler will testify about all issues in this adversary proceeding.

**Swift may** call the following witnesses:

3. Any witness endorsed by the Defendant.
4. Any necessary rebuttal witness.

## EXHIBITS

Swift intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated: March 11, 2016   Respectfully submitted,

By: /s/Aaron A. Garber
Aaron A. Garber #36099
Kutner Brinen Garber, P.C.
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopier: (303) 832-1510
E-mail: aag@kutnerlaw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on March 11, 2016, I served BY PREPAID FIRST CLASS MAIL a copy of the foregoing **LIST OF WITNESSES AND EXHIBITS** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Michael J. Davis, Esq.
6795 East Tennessee Avenue
Suite 330
Denver, CO 80224


_____
Vicky Martina

# ATTACHMENT 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

### SWIFT FINANCIAL CORPORATION V. PAUL D. STICKLER
Adversary Proceeding No. 15-1193-JGR

### EXHIBITS FOR TRIAL

Submitted by:                    Swift Financial Corporation

In connection with:              Trial to be set

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | The Debtor's Petition, Schedules, Statement of Financial Affairs and related financial disclosures filed with the Court | | | |
| 2 | The Complaint | | | |
| 3 | The Answer | | | |
| 4 | Swift's Discovery Requests | | | |
| 5 | Debtor's responses thereto | | | |
| 6 | The Accounts Receivable Purchase Agreement | | | |
| 7 | Loan Application | | | |
| 8 | Swift/Stickler call log | | | |
| 9 | September, 2014 Bank Account Statement (Account 3939) | | | |
| 10 | October 2014 Bank Account Statement (Account 3939) | | | |
| 11 | Business Account 5508 Bank Statements | | | |
| 12 | Business Account 5508 Bank Statements | | | |
| 13 | Yellowstone Capital Financing Agreement | | | |
| 14 | Lease Jordan Creek | | | |
| 15 | Draft Purchase Agreement (Pesce Fresco) | | | |
| 16 | Pesce Fresco Bill of Sale | | | |
| 17 | Promissory Note (Fern Creek $198,000) | | | |
| 18 | Resolution to Buy and Borrow (Fern Creek) | | | |
| 19 | Loan Agreement (Fern Creek) | | | |
| 20 | Operating Agreement (Fern Creek) | | | |
| 21 | American Express Merchant Financing Application (Fern Creek) | | | |
| 22 | American Express financing statements | | | |

| 23 | Chase Statement Deposit Summary | | | |
|----|----------------------------------|--|--|--|
| 24 | Fern Creek Daily Sale Reports | | | |
| | Any Exhibit necessary for rebuttal | | | |
| | Any exhibit endorsed by any party | | | |